STATE EX REL. OSTRANDER *v.* PARRISH, JUDGE ETC.

[No. 0-558. Filed May 20, 1959.]

*Charles W. Ostrander, pro se.*

PER CURIAM—Petitioner has filed in this court an unverified pleading unknown to our practice. If it be considered as an attempt to mandate the lower court to provide him with a proper record for the purpose of perfecting a pauper appeal, it must be denied for its complete failure to even attempt to comply with Supreme Court Rule No. 2-35.

Petition denied.

NOTE.—Reported in 158 N. E. 2d 656.

STATE EX REL. CUNNIFF *v.* LAPORTE SUPERIOR COURT, SALWASSER, JUDGE.

[No. 0-567.   Filed June 10, 1959.]

*Ralph Cunniff, pro se.*

PER CURIAM—This is a petition for writ of mandate. It must be denied for failure to furnish certified copies of the proceedings upon which the petition is based as required by Rule 2-35 of this court.

Petition denied.

NOTE.—Reported in 158 N. E. 2d 789.